(Official Form 1) (12/03)

| FORM B1 | **United States Bankruptcy Court**<br>**District of New Jersey** | **Voluntary Petition** |
|---|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**Giosa, Frank** | | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Barbato Giosa, Karen** |
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D.<br>No. (if more than one, state all): **6736** | | Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D.<br>No. (if more than one, state all): **0344** |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**13 Royalty Lane**<br>**Laurel Spring, NJ 08021** | | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>**13 Royalty Lane**<br>**Laurel Spring, NJ 08021** |
| County of Residence or of the<br>Principal Place of Business:    **Camden** | | County of Residence or of the<br>Principal Place of Business:    **Camden** |
| Mailing Address of Debtor (if different from street address): | | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | | |

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) |
|---|---|---|
| ☑ Individual(s) | ☐ Railroad | ☑ Chapter 7    ☐ Chapter 11    ☐ Chapter 13 |
| ☐ Corporation | ☐ Stockbroker | ☐ Chapter 9    ☐ Chapter 12 |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec. 304 - Case ancillary to foreign proceeding |
| ☐ Other _____ | ☐ Clearing Bank | |

| **Nature of Debts** (Check one box) | **Filing Fee** (Check one box) |
|---|---|
| ☑ Consumer/Non-Business    ☐ Business | ☑ Full Filing Fee attached |
| | ☐ Filing Fee to be paid in installments (applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3 |

**Chapter 11 Small Business** (Check all boxes that apply)
- ☐ Debtor is a small business as defined in 11 U.S.C. § 101
- ☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Statistical/Administrative Information** (Estimates only)
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 ☐ | 16-49 ☑ | | | |
|---|---|---|---|---|---|

**Estimated Assets**
| $0 to $50,000 ☐ | $50,001 to $100,000 ☐ | $100,001 to $500,000 ☑ | $500,001 to $1 million ☐ | $1,00 $10 |
|---|---|---|---|---|

**Estimated Debts**
| $0 to $50,000 ☐ | $50,001 to $100,000 ☐ | $100,001 to $500,000 ☑ | $500,001 to $1 million ☐ | $1,00 $10 |
|---|---|---|---|---|

---

UNITED STATES BANKRUPTCY COURT
District of New Jersey    RECEIPT

| Case # 05-33296 | Chapter 7 | # 000282894 - JL |
|---|---|---|
| Filed: 07/15/05 | Camden | 02:27 PM, July 19, 2005 |

| Code | Qty | Amount |
|---|---|---|
| NF | 1 | $39.00 |
| 07 | 1 | $170.00 |

Debtor(s):
Frank Giosa
Karen Barbato Giosa

**TOTAL PAID: $209.00**
From:  Law Offices of John D'Intino, Jr
Atriums at Green Tree Route 73
10000 Lincoln Drive West, Suite 1
Marlton, NJ 08053

VOLUNTARY PETITION    1

(Official Form 1) (12/03)    FORM B1, Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Giosa, Frank & Barbato Giosa, Karen** |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **None** | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor    **Frank Giosa**

X _____
Signature of Joint Debtor    **Karen Barbato Giosa**

**(856) 566-0211**
Telephone Number (If not represented by attorney)

**July 15, 2005**
Date

X _____
Signature of Attorney for Debtor(s)
**John D'Intino, Jr 84373**
Printed Name of Attorney for Debtor(s)

Firm Name

**3 N. 2nd Street, 3rd Floor**
Address
**Philadelphia, PA 19106**

Telephone Number

**July 15, 2005**
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____    **7/15/05**
Signature of Attorney for Debtor(s)    Date

**Exhibit C**
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

**Signature of Non-Attorney Petition Preparer**
I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C. § 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.

**VOLUNTARY PETITION**

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

American Express
PO Box 740640
Ft. Lauderdale, FL   30374


AT& T Wireless
PO Box 8229
Aurora, IL   60572


Bank Of American
1825 E. Buckeye Road
Phoenix, AZ   85034


Bank One Delaware, NA
800 Brooksedge Blvd
Westerville, OH   43081


Capital One
PO Box 85147
Richmond, VA   23276


Chase NA
100 Duffy Avenue
Hicksville, NY   11801


Citibank
PO Box 6241
Sioux Falls, SD   57117


Citibank USA
Pencaser Corp Center
110 Lake Drive
Newark, DE   19702

City Of Philadelphia
C/O LDC Collection Systems
PO Box 41819
Philadelphia, PA  19101


Collectcorp Corporation
455 N. 3rd Street, Suite 260
Phoenix, AR  85004-3924


Discover Bank
PO Box 15316
Wilmington, DE  19850


Express
PO Box 330066
Northglenn, CO  80233


First Card
PO Box 5087
Rockford, IL  61125


First Performance Recovery Corp
PO Box 18049
Hauppauge, NY  11788


Florence And Albert Barbato
6101 Ventor Avenue
Ventor, NJ  08406


Good's Furniture
Retail Services
PO Box 17602
Baltimore, MD  21297-1602

Household Bank
PO Box 15524
Wilmington, DE  19850


JC Penney
PO Box 960001
Orlando, FL  32896


Lowes
PO Box 103080
Roswell, GA  30076


LVNV Funding LLC
15 S. Main Street, Suite 700
Greenville, SC  29601


Macys
5300 Kings Island Drive
Mason, OH  45040


MBNA America Bank
PO Box 15026
Wilmington, DE  19884


MCCBG/Old Navy
Branch C11A
PO Box 29116
Shawnee Mission, KS  66201


NCO Financial Systems, Inc.
PO Box 8180
Philadelphia, PA  19101


NCO Financial Systems, Inc.
PO Box 41417
Philadelphia, PA  19101

New York & Co
PO Box 182122
Columbus, OH   43218


Nextel Communications
PO Box 17621
Baltimore, MD   21297


RMCB
PO Box 1238
Elmsford, NY   10523


Ron Z. Opher, Esquire
One Greentree Centre, SUite 201
Marlton, NJ   08053


Sears National Bank
Po Box 182149
Columbus, OH   43218-2149


Sherman Acquisitions, LP
9700 Bissonnet, Suite 2000
PO Box 740281
Houston, TX   77274


Sherman Acquisitions, LP
9700 Bissonnet St., Suite 2000
PO Box 740281
Houston, TX   77274


Strawbridge & Clothier
PO Box 1879
Laurel Spring, NJ   08021

The Avenue
Po Box 29185
Shawnee Mission, KS  66201


TJX Companies
770 Cochituate Road
Fromingham, MA  01701


Van Ru Credit Corporation
PO Box 46249
Lincolnwood, IL  60646


Ventus Capital Services, LP
PO Box 4607
Chesterfield, MO  63006


Verizon
PO Box 612727
DFW AIrport, TX  75261


West Asset Management, Inc.
PO Box 724747
Atlanta, GA  31139


WFFNB/VS
PO Box 182128
Columbus, OH  43218


World Savings And Loan
PO Box 60129
Los Angeles, CA  90060