**Wizmur Gordon & Finberg, LLP**
**Layne S. Gordon, Esquire**
**Evesham Commons, Suite 200**
**525 Route 73 South**
**Marlton, NJ 08053**
**(856)988-9055**
**Attorney for Debtors**

| | |
|---|---|
| IN RE: | : UNITED STATES BANKRUPTCY COURT<br>: DISTRICT OF NEW JERSEY<br>:<br>: <br>: CHAPTER 7<br><br>: CASE NO. 05-33296/GMB<br>:<br>: Return Date: October 3, 2005 @ 10:00 a.m.<br>:<br>: CERTIFICATION IN SUPPORT OF<br>: MOTION TO CONVERT CASE FROM<br>: CHAPTER 7 TO CHAPTER 13 |
|     **FRANK GIOSA and**<br>    **KAREN BARBATO GIOSA** | |

Frank Giosa, being of full age, hereby certify as follows:

1. I am one of the debtors in the above-referenced matter and, as such, I am fully familiar with the facts and circumstances of the within case.

2. My wife and I filed a Chapter 7 Bankruptcy proceeding on July 15, 2005 and John W. Hargrave was appointed as the Chapter 7 Trustee in our case.

3. We filed the instant case under the representation of John D'Intino, Jr., Esq. At the time of filing we did not fully comprehend the difference between a proceeding under Chapter 7 versus Chapter 13.

4. At the time of filing we were not aware that we could file for protection under Chapter 13. We have now consulted with Layne Gordon, Esq., and have been informed of the Chapter 13 process. We desire to proceed with a Chapter 13 utilizing our disposable income to offer a base dividend to our unsecured creditors.

5.  We are in a position to propose a feasible Chapter 13 Plan with a base dividend to unsecured creditors. Accordingly, it is respectfully requested that the instant case be converted to a proceeding under Chapter 13 of the U.S.B.C.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are wilfully false I am subject to punishment.

Dated: September 6, 2005

/s/ Frank Giosa
**FRANK GIOSA**