**LAYNE S. GORDON, ESQ.**
**WIZMUR, GORDON & FINBERG,LLP**
Evesham Commons, Suite 200
525 Route 73 South
Marlton, NJ 08053
(856)988-9055
Attorneys for Debtors

### UNITED STATE BANKRUPTCY COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **In re:** | : |
| | :    **Chapter 13** |
| **FRANK & KAREN GIOSA, Debtor** | : |
| | :    **Case No. 05-33296** |
| | : |

### DEBTOR(S) AMENDMENT OF SCHEDULES B & C

The debtor(s) in the above-captioned case hereby amend(s) Schedule(s) B & C by substituting the attached Amended Schedule(s) for those originally filed, pursuant to Fed. R. Bankr. Proc. 1009.

### SEE ATTACHED SCHEDULES

### Debtor(s) Verification

The undersigned Debtor(s) under penalty of perjury, declare that they have read the attached Amendments and that they are true and correct to the best of their knowledge, information, or belief.

Dated: 3/23/06

                                            /s/ Frank Giosa
                                            **FRANK GIOSA, Debtor**

                                            /s/Karen Giosa
                                            **KAREN GIOSA,Debtor**