UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

ISABEL C. BALBOA    (IB-4082)
Chapter 13 Standing Trustee
Cherry Tree Corporate Center
535 Route 38, Suite 580
Cherry Hill, NJ  08002
(856) 663-5002

Order Filed on
3/8/2007
by Clerk U.S. Bankruptcy
Court District of New Jersey

In Re:

FRANK & KAREN GIOSA

Debtor(s)

Case No.  05-33296 / GMB

Adv. No.

Hearing Date: 03/07/07

Judge:  Gloria M. Burns

# ORDER CONFIRMING CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED.**

**DATED: 3/8/2007**

Honorable Gloria M Burns
United States Bankruptcy Court Judge

**(Page 2)**

Debtor:   FRANK & KAREN GIOSA

Case No: 05-33296 / GMB

Caption of Order:  ORDER CONFIRMING CHAPTER 13 PLAN

---

   The plan of the debtor having been proposed to creditors, and a hearing having been held on the Confirmation of such Plan, and it appearing that the applicable provisions of the Bankruptcy Code have been complied with; and for good cause shown, it is

**ORDERED**  that the plan of the above named debtor, dated 07/15/05 , or the last amended plan of the debtor be and it is hereby confirmed.  The Standing Trustee shall make payments in accordance with 11 U.S.C. § 1326 with funds received from the debtor; and it is further

**ORDERED**  that the debtor shall pay the Standing Trustee, ISABEL C. BALBOA, the sum of **$ 0.00  for a period of 0  months** beginning immediately, which payment shall include commission and expenses of the Standing Trustee in accordance with 28 U.S.C. § 586.

**ORDERED**  that the debtor's attorney be and hereby is allowed a fee of $ 0.00 .  The unpaid balance of the allowed fee in the amount of $ 0.00  plus costs of $ 0.00  shall be paid to said attorney through the Chapter 13 plan by the Standing Trustee.

**ORDERED** that if the debtor should fail to make plan payments for a period of more than 30 days, the Standing Trustee may file, with the Court and served upon the Debtor and Debtor's Counsel, a Certification of Non-Receipt of Payment and request that the debtor's case be dismissed.  The debtor shall have five days within which to file with the Court and serve upon the Trustee a written objection to such Certification.

**ORDERED** as follows:

the debtor has previously paid $34,806.56 to the Trustee, Isabel C. Balboa which represents payment in full of the Chapter 13 plan.     *subject to final review.

**ORDERED** that upon expiration of the Deadline to File a Proof of Claim, the Chapter 13 Standing Trustee may submit an Amended Order Confirming Plan upon notice to the debtor(s), debtor(s)' attorney and any other party filing a notice of Appearance.

*Approved by Judge Gloria M. Burns March  08, 2007*

**(Page 3)**

Debtor:   FRANK & KAREN GIOSA

Case No:  05-33296 / GMB

Caption of Order:  ORDER CONFIRMING CHAPTER 13 PLAN

---

**ORDERED** that the debtor consents to pay secured claims as filed, with reservation of rights to challenge the claims.

*Approved by Judge Gloria M. Burns March  08, 2007*