```
                          UNITED STATES BANKRUPTCY COURT

 IN THE MATTER OF:                                                     PAGE    1
                                         )    CHAPTER 13
                                         )    CASE NO.     0533296  GMB
 FRANK & KAREN GIOSA                     )
                                         )    DATE FILED: 11/01/2005
 13 ROYALTY LANE                         )    DATE CONFIRMED: 03/07/2007
                                         )    DATE CONCLUDED: 07/06/2007
 LAUREL SPRINGS, NJ   08021    DEBTOR (S))
                                         )
 ----------------------------------------)
```

                          STANDING CHAPTER 13 TRUSTEE'S
                                  FINAL REPORT
                                CLOSED COMPLETED


  Pursuant to 11 U.S.C. Section 1302(b)(1) and Rule 2015(2), the Trustee has
 maintained detailed reports of receipts and disbursements which are as follows

|                                         | Amount     | Paid       |             |
| Claim Creditor's Name                   | Allowed    | to Date    | Balance Due |
| --------------------------------------- | ---------- | ---------- | ----------- |
| Unsecured                               |            |            |             |
| 004 WORLD FINANCIAL NTWRK NATL BNK      | 168.75     | 168.75     | 0.00        |
| 005 WORLD FINANCIAL NTWRK NATL BNK      | 474.00     | 474.00     | 0.00        |
| 006 WORLD FINANCIAL NTWRK NATL BNK      | 380.68     | 380.68     | 0.00        |
| 007 WORLD FINANCIAL NTWRK NATL BNK      | 237.24     | 237.24     | 0.00        |
| 008 DISCOVER FINANCIAL SERVICES         | 6,890.25   | 6,890.25   | 0.00        |
| 009 DISCOVER FINANCIAL SERVICES         | 5,665.63   | 5,665.63   | 0.00        |
| 010 AIS SERVICES, LLC                   | 0.00       | 0.00       | 0.00        |
| 011 B-LINE, L.L.C.                      | 0.00       | 0.00       | 0.00        |
| 013 THE MAY COMPANY                     | 2,663.11   | 2,663.11   | 0.00        |
| 014 JEFFERSON CAPITAL SYSTEMS, LLC      | 3,210.11   | 3,210.11   | 0.00        |
| 015 AIS SERVICES, LLC                   | 0.00       | 0.00       | 0.00        |
| 016 AIS SERVICES, LLC                   | 0.00       | 0.00       | 0.00        |
| 017 eCAST SETTLEMENT CORPORATION        | 0.00       | 0.00       | 0.00        |
| 018 LVNV FUNDING, L.L.C.                | 0.00       | 0.00       | 0.00        |
| 019 AMERICAN EXPRESS                    | 10,824.14  | 10,824.14  | 0.00        |
| 020 eCAST SETTLEMENT CORPORATION        | 0.00       | 0.00       | 0.00        |
| 021 eCAST SETTLEMENT CORPORATION        | 0.00       | 0.00       | 0.00        |
| 022 LVNV FUNDING, L.L.C.                | 0.00       | 0.00       | 0.00        |
| 023 LVNV FUNDING, L.L.C.                | 0.00       | 0.00       | 0.00        |
| 024 LVNV FUNDING, L.L.C.                | 0.00       | 0.00       | 0.00        |
| 025 LVNV FUNDING, L.L.C.                | 0.00       | 0.00       | 0.00        |
| 026 LVNV FUNDING, L.L.C.                | 0.00       | 0.00       | 0.00        |
|                                         |            | -----------|             |
|                                         |            | 30,513.91  |             |

```
                       UNITED STATES BANKRUPTCY COURT

 IN THE MATTER OF:                                                    PAGE    2
                                        )     CHAPTER 13
                                        )   CASE NO.      0533296   GMB
 FRANK & KAREN GIOSA                    )
                                        )     DATE FILED: 11/01/2005
 13 ROYALTY LANE                        )   DATE CONFIRMED: 03/07/2007
                                        )   DATE CONCLUDED: 07/06/2007
 LAUREL SPRINGS, NJ   08021      DEBTOR (S)   )
                                        )
-------------------------------------------------)

                       STANDING CHAPTER 13 TRUSTEE'S
                              FINAL REPORT
                            CLOSED COMPLETED

   Pursuant to 11 U.S.C. Section 1302(b)(1) and Rule 2015(2), the Trustee has
 maintained detailed reports of receipts and disbursements which are as follows
-----------------------------------------  -------------------------------------
                                           Amount        Paid
Claim Creditor's Name                      Allowed      to Date     Balance Due
-----------------------------------------  -------------------------------------

Refund to Debtor
999 FRANK & KAREN GIOSA                    1,692.50    1,692.50          0.00
                                                       ------------
                                                        1,692.50
Debtor Attorney
000 LAYNE S. GORDON, ESQUIRE                   0.00        0.00          0.00
200 JOHN D'INTINO, JR., ESQ.                   0.00        0.00          0.00
                                                       ------------
                                                            0.00

Secured Mortgage Arrearages
002 WORLD SAVINGS BANK, FSB                    0.00        0.00          0.00
                                                       ------------
                                                            0.00
Other Secured Debt
001 JOHN W. HARGRAVE, ESQUIRE                432.50      432.50          0.00
003 ISABEL C. BALBOA, TRUSTEE                300.00      300.00          0.00
012 THE MAY COMPANY                           79.49       79.49          0.00
                                                       ------------
                                                          811.99

-------------------------------------------------------------------------------
   TOTAL RECEIPTS         DISBURSED         TRUSTEE FEES        CASH ON HAND
     34,806.56            33,018.40           1,788.16              0.00
-------------------------------------------------------------------------------
```

```
                      UNITED STATES BANKRUPTCY COURT

 IN THE MATTER OF:                                                    PAGE    3
                                          )      CHAPTER 13
                                          ) CASE NO.      0533296  GMB
 FRANK & KAREN GIOSA                      )
                                          )     DATE FILED: 11/01/2005
 13 ROYALTY LANE                          ) DATE CONFIRMED: 03/07/2007
                                          ) DATE CONCLUDED: 07/06/2007
 LAUREL SPRINGS, NJ   08021     DEBTOR (S) )
                                          )
 ------------------------------------------)

                      STANDING CHAPTER 13 TRUSTEE'S
                              FINAL REPORT
                            CLOSED COMPLETED
```

WHEREFORE, the Trustee prays that a Final Decree be entered discharging him/her as Trustee and releasing the Trustee and the Trustee's surety from any and all liability on account of the within proceedings, and closing the estate, and for such other relief as is just.
Pursuant to FRBP 5009, I certify the case has been fully administered.


                                    /s/ Isabel C. Balboa, Trustee
                                    Cherry Tree Corporate Center
                                    535 Route 38, Suite 580
                                    Cherry Hill, NJ  08002



PRINTED   07/06/07